181 P.3d 434

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### April 18, 2008

| 28671 | State v. Kudoba | Affirmed |
| 28479 | State v. Murphy | Affirmed |

### April 22, 2008

| 28524 | A-M.M., In re | Affirmed |

### April 24, 2008

| 28405 | K.W., In re | Affirmed |

### April 25, 2008

| 26922 | Dalton v. Schunk | Affirmed |
| 27204 | Ludwig v. Verizon Hawaii, Inc. | Vacated and Remanded |
| 27928 | State v. Harris | Vacated and Remanded |
| 28309 | State v. Kapua | Vacated and Remanded |

### April 30, 2008

| 27253 | Miano v. Pascua | Affirmed |
| 27203 | Watase v. Kapihe | Affirmed |

### May 1, 2008

| 27550, 27679 | Johnson v. Johnson | Affirmed |